UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMI YAZAR and KERIME YAZAR,

        Plaintiffs,

– against –

CITY OF NEW YORK and DOES 1–10,

        Defendants.

**ORDER**

15 Civ. 2700 (ER)

Ramos, D.J.:

The parties are hereby ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions, including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

    SO ORDERED.

Dated:   April 6, 2020
          New York, New York

                                          Edgardo Ramos, U.S.D.J.